1  JOSEPH P. RUSSONIELLO (CNB 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-7155
6  Facsimile:  (415) 436-6748
   Email: neill.tseng@usdoj.gov
7
   Attorneys for Federal Defendant
8  Sgt. Marion Robertson

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 BRETT FERRARA,                    )  CV 08        0094
                                     )  CASE NO. C
13           Plaintiff,              )
                                     )
14      v.                           )  **NOTICE OF REMOVAL**
                                     )
15 MARION ROBERTSON; and             )
   DOES 1-100,                       )
16                                   )
             Defendants.             )
17 _____)

18      TO:  Clerk, Superior Court
             County of Contra Costa
19           725 Court Street
             Martinez, California 94553
20
             David C. Anderson, Esq.
21           Law Offices of David C. Anderson
             450 Sansome Street, 3rd Floor
22           San Francisco, California 94111

23      PLEASE TAKE NOTICE that on this day Case No. C07-02348 pending in the Contra Costa

24 County Superior Court is being removed to the United States District Court for the Northern District

25 of California pursuant to 28 U.S.C. §§ 1441(a), 1441(b), and 2679(d)(2) on behalf of federal

26 defendant Sgt. Marion Robertson. Upon direction by the Attorney General of the United States, the

27 ///

28
   NOTICE OF REMOVAL
   Ferrara v. Robertson                     1

undersigned attorneys hereby present the following facts to the Judges of the United States District Court for the Northern District of California.

1. On November 15, 2007, plaintiff Brett Ferrara filed a personal injury action against Sgt. Marion Robertson in the Contra Costa County Superior Court as a result of an automobile accident which occurred on or about October 17, 2006 in Pleasant Hill, California. Plaintiff seeks $100,000.00 in non-economic damages and an unspecified amount for economic damages.

2. On December 8, 2007, Sgt. Marion Robertson was served with a copy of the Summons, Complaint, Plaintiff's Statement of Damages, and Notice of Case Management Conference. Copies of the Summons, Complaint, Plaintiff's Statement of Damages, and Notice of Case Management Conference are attached as Exhibit A pursuant to 28 U.S.C. § 1446(a), which constitute the only process, pleading, or order which have been received. There has been no trial in this action.

3. This action is one which may be removed to the district court for the reason that: (a) the plaintiff seeks judgment for damages resulting from the allegedly negligent operation of a motor vehicle by a federal defendant; and (b) at the time of the alleged accident, the federal defendant was acting within the scope of his office or employment as a recruiter for the United States Marine Corps within the meaning of 28 U.S.C. § 2679(d)(2).

4. Upon certification by the Attorney General, the action shall be removed to the District Court at any time prior to trial. The United States Attorney is delegated under 28 C.F.R. § 15.3 to make the certification provided for in 28 U.S.C. § 2679(d)(2).

5. The Chief of the Civil Division has been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3. The Chief of the Civil Division has certified that Sgt. Marion Robertson was acting within the course and scope of his employment. See Certification Pursuant to 28 U.S.C. § 2679(d). This certification is conclusive for purposes of removal. 28 U.S.C. § 2679(d)(2).

///
///
///

NOTICE OF REMOVAL
Ferrara v. Robertson                                    2

6. Upon removal the United States is automatically substituted for Sgt. Marion Robertson, and this action will proceed as an action against the United States of America pursuant to 28 U.S.C. § 1346(b) subject to the limitations and exceptions applicable to those actions. 28 U.S.C. § 2679(d)(4).

7. A copy of this Notice is being filed with the Clerk of the Contra Costa County Superior Court. That filing will automatically effect the removal of the action in its entirety to this Court for all future proceedings.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: January 4, 2008      By:   _____
                                    NEILL T. TSENG
                                    Assistant United States Attorney

NOTICE OF REMOVAL
Ferrara v. Robertson                              3

# EXHIBIT A

```
12/08/2007  11:06   9257783634              RSS ANTIOCH              PAGE  02
11/27/2007  15:47   4157881598              HAROWITZ TIGERMAN        PAGE  02/22

11/14/2007  15:38   4157881698              HAROWITZ TIGERMAN        PAGE  02/08
```

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Marlon Robertson and Does 1 to 100

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
2007 NOV 15 A 10
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CAL.
BY: C. Aguilar-Jacala, Deputy Clerk

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Brett Ferrara

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Contra Costa
725 Court Street
Martinez, CA 94553

CASE NUMBER: C07-02348

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
David C. Anderson, Esq., SBN 83146, Law Office of David C. Anderson
450 Sansome Street, 3rd Floor, San Francisco, CA 94111

DATE: NOV 15 2007    Clerk, by C. AGUILAR-JACALA, Deputy
*(Fecha)*             *(Secretario)*                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

NOTICE TO THE PERSON SERVED: You are served
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):

3. [ ] on behalf of (specify):
   under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other (specify):
4. [X] by personal delivery on (date): 12-08-07

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

**EXHIBIT A**

12/08/2007 11:06  9257783634            RSS ANTIOCH              PAGE 03
11/27/2007 15:47  4157881598            HAROWITZ TIGERMAN        PAGE 03/22

11/14/2007 15:38  4157881598            HAROWITZ TIGERMAN        PAGE 03/08

FILED

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
David C. Anderson, Esq., SBN 83148
Law Office of David C. Anderson
450 Sansome Street, 3rd Floor
San Francisco, CA 94111
TELEPHONE NO: 415 788-1588    FAX NO. (Optional): 415 788-1598
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff

2007 NOV 15  A 10: 49

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA
BY _____ DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa
STREET ADDRESS: 725 Court Street
MAILING ADDRESS: P.O. Box 911
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME: Martinez

PLAINTIFF: Brett Ferrara

DEFENDANT: Marion Robertson

☒ DOES 1 TO 100

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED (Number):

Type (check all that apply):
☒ MOTOR VEHICLE    ☐ OTHER (specify):
  ☒ Property Damage    ☐ Wrongful Death
  ☒ Personal Injury    ☐ Other Damages (specify):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded ☐ does not exceed $10,000
                   ☐ exceeds $10,000, but does not exceed $25,000
☐ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

SUMMONS ISSUED

PER LOCAL RULE 5 THIS CASE IS ASSIGNED TO
DEPT. _____

CASE NUMBER:
C 07 - 02348

1. Plaintiff (name or names): Brett Ferrara
   alleges causes of action against defendant (name or names):
   Marion Robertson
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

BY FAX

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Perrara v. Robertson | |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws

5. Each defendant named above is a natural person

   a ☐ except defendant (name):
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):
   (4) ☐ a public entity (describe):
   (5) ☐ other (specify):

   c. ☐ except defendant (name):
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):
   (4) ☐ a public entity (describe):
   (5) ☐ other (specify):

   b ☐ except defendant (name):
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):
   (4) ☐ a public entity (describe):
   (5) ☐ other (specify):

   d ☐ except defendant (name):
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):
   (4) ☐ a public entity (describe):
   (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants (specify Doe numbers): _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1-100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]   COMPLAINT—Personal Injury, Property Damage, Wrongful Death   Page 2 of 3

PLD-PI-001

| SHORT TITLE: Ferrara v. Robertson | CASE NUMBER |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached)
   a. [✓] Motor Vehicle
   b. [ ] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other (specify):

11. Plaintiff has suffered
   a. [✓] wage loss
   b. [✓] loss of use of property
   c. [✓] hospital and medical expenses
   d. [✓] general damage
   e. [✓] property damage
   f. [✓] loss of earning capacity
   g. [ ] other damage (specify):

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [ ] compensatory damages
      (2) [ ] punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) [✓] according to proof
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: November 12, 2007

David C. Anderson, Esq.
(TYPE OR PRINT NAME)                                   (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]          COMPLAINT—Personal Injury, Property          Page 2 of 3
                                            Damage, Wrongful Death

PLD-PI-001(1)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Ferrara v. Robertson | |

__First__ CAUSE OF ACTION—Motor Vehicle
(number)

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

(Use a separate cause of action form for each cause of action.)

Plaintiff (name): Brett Ferrara

MV-1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on (date): 10/17/06
at (place):
712 Contra Costa Blvd., Pleasant Hill, CA. Defendant Robertson so negligently operated her vehicle so as to cause it to strike the side of Plaintiff's vehicle.

MV-2. DEFENDANTS

a. [✓] The defendants who operated a motor vehicle are (names):
Marion Robertson

   [✓] Does 1 to 10

b. [✓] The defendants who employed the persons who operated a motor vehicle in the course of their employment are (names):

   [✓] Does 1 to 10

c. [✓] The defendants who owned the motor vehicle which was operated with their permission are (names):
Marion Robertson

   [✓] Does 11 to 20

d. [✓] The defendants who entrusted the motor vehicle are (names):

   [✓] Does 21 to 30

e. [✓] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were (names):
Marion Robertson

   [✓] Does 1 to 30

f. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
   [ ] listed in Attachment MV-2f [ ] as follows:

   [ ] Does _____ to _____

Page 4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) (Rev. January 1, 2007)

CAUSE OF ACTION—Motor Vehicle

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

DAVID C. ANDERSON, ESQ., S.B. #83146
LAW OFFICE OF DAVID C. ANDERSON
450 Sansome Street, 3rd Floor
San Francisco, CA 94111
Tel: (415) 788-1588
Fax: (415) 788-1598

Attorneys for Plaintiff
BRETT FERRARA

SUPERIOR COURT OF CALIFORNIA

COUNTY OF CONTRA COSTA – UNLIMITED JURISDICTION

BRETT FERRARA,

    Plaintiff,

vs.

MARION ROBERTSON; and DOES 1-100,

    Defendants.

No.

PLAINTIFF'S STATEMENT OF DAMAGES

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff BRETT FERRARA seeks damages in the above-entitled action as follows:

NON-ECONOMIC DAMAGES

Pain, suffering, and inconvenience: $100,000.00

ECONOMIC DAMAGES

Medical expenses (to date): Unknown at present

Future medical expenses: Unknown at present

Loss of earnings (to date): Unknown at present

Loss of future earning capacity: Unknown at present

Property damage: Unknown at present

1
PLAINTIFF'S STATEMENT OF DAMAGES

2 **PUNITIVE DAMAGES**

3 Plaintiff reserves the right to seek punitive damages according to proof when pursuing a
4 judgment in the suit filed against you.

7 DATED: November 13, 2007                LAW OFFICE OF DAVID C. ANDERSON

                                          By: _____
10                                             DAVID C. ANDERSON
                                               Attorneys for Plaintiff

12/26/2007 12:10  7574444421  Case 3:08-cv-00094-SC   Document 1   Filed 01/07/2008   Page 12 of 12
TORT:
PAGE 10/10
12/08/2007 11:06  9257783634
11/27/2007 15:47  4157881598
RSS ANTIOCH
HOROWITZ TIGERMAN
PAGE 09
PAGE 09/22

SUPERIOR COURT - MARTINEZ
COUNTY OF CONTRA COSTA
MARTINEZ, CA, 94553

BRETT FERRARA VS. MARION ROBERTSON

NOTICE OF CASE MANAGEMENT CONFERENCE            CIVMSC07-02348

1. NOTICE: THE CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED FOR:

DATE: 04/02/08      DEPT: 30      TIME: 8:30

THIS FORM, A COPY OF THE NOTICE TO PLAINTIFFS, THE ADR INFORMATION SHEET, A BLANK CASE MANAGEMENT CONFERENCE QUESTIONNAIRE, AND A BLANK STIPULATION FORM ARE TO BE SERVED ON OPPOSING PARTIES. ALL PARTIES SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY OF RECORD MUST APPEAR.

2. You may stipulate to an earlier Case Management Conference. If all parties agree to an early Case Management Conference, please contact the Court Clerk's Office at (925)957-5794 for unlimited civil cases and (925)957-5791 for Limited Civil cases for assignment of an earlier date.

3. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference and to discuss the suitability of this case for the EASE Program, private mediation, binding or non-binding arbitration, and/or use of a Special Master.

4. At any Case Management Conference the court may make pretrial orders including the following:

   a. an order establishing a discovery schedule
   b. an order referring the case to arbitration
   c. an order transferring the case to limited jurisdiction
   d. an order dismissing fictitious defendants
   e. an order scheduling exchange of expert witness information
   f. an order setting subsequent conference and the trial date
   g. an order consolidating cases
   h. an order severing trial of cross-complaints or bifurcating issues
   i. an order determining when demurrers and motions will be filed

SANCTIONS

If you do not file the Case Management Conference Questionnaire or attend the Case Management Conference or participate effectively in the Conference, the court may impose sanctions (including dismissal of the case and payment of money).

Clerk of the Superior Court of Contra Costa County
I declare under penalty of perjury that I am not a party to this action, and that I delivered or mailed a copy of this notice to the person representing the plaintiff/cross-complainant.

Dated: 11/15/07

C. JACALA, Deputy Clerk