UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NO. _____

_____ORDER SETTING CASE MANAGEMENT CONFERENCE

This action having been assigned to Judge Samuel Conti,

IT IS ORDERED that a conference will be held before Judge Conti on _____ at 10:00 A.M. in the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through counsel and shall be prepared to discuss the future course of the litigation including, but not limited to, matters set forth in Civil Local Rule 16-10.  Parties are to file a written case management statement at least 10 days before said hearing date.

The parties are required to comply with the provisions of Federal Rule of Civil Procedure 26, Civil Local Rules 16-3 to 16-10 (patent cases should comply with Patent Local Rule), including, but not limited to, the following requirements:

1.    The parties must meet and confer no less than 21 days prior to the initial case management conference.

2.    The parties must devise a discovery plan and submit it, jointly, no less than 7 days prior to the case management conference. The parties shall submit a proposed order embodying the terms of the discovery plan at the status conference.

3.    At the "meet and confer" conference referenced in paragraph 1, above, the parties shall discuss whether and to what extent they shall make the kinds of "disclosures" contemplated in Federal Rules of Civil Procedure. The parties shall report to the

United States District Court

For the Northern District of California

**United States District Court**

For the Northern District of California

Court the results of this discussion in their case management conference statement.

Following the conference, appropriate orders will be entered regulating and controlling future proceedings in the case.

PLAINTIFF IS DIRECTED TO SERVE COPIES OF THIS ORDER AT ONCE UPON ALL PARTIES TO THIS ACTION AND UPON THOSE SUBSEQUENTLY JOINED IN ACCORDANCE WITH THE PROVISIONS OF RULES 4 AND 5, FEDERAL RULES OF CIVIL PROCEDURE, and to file with the Clerk of the Court a certificate reflecting such service.

FOR THE COURT:

Richard W. Wieking, Clerk

By: _____

Deputy Clerk

IMPORTANT:

SEE ATTACHED ORDER RE TIMELY FILING OF PLEADINGS, BRIEFS, AND MOTIONS CALENDAR AND ELECTRONIC CASE FILING:

Judge Conti's Law and Motion Calendar is held at 10:00 A.M., Fridays.

2

**United States District Court**

For the Northern District of California

1

NOTICE TO ALL ATTORNEYS:

2

ORDER RE TIMELY FILING OF PLEADINGS, BRIEFS, MOTIONS, ETC.

3

    It has been noted by the court that many attorneys are not

4

filing their pleadings and briefs within the time specified in the

5

Local Rules, nor in the manner or form required.  Specifically,

6

many attorneys have filed briefs and memoranda in excess of

7

twenty-five (25) pages, without leave of court.  Said practice

8

violates Civil Local Rule 7-4(b).

9

    By addressing this order to you, the court does not infer

10

that you or any member of your firm adheres to this practice, but

11

rather seeks to put all attorneys on notice.

12

    Any pleading or brief hereafter sought to be filed with the

13

court after the required time, or in an improper manner or form,

14

shall not be received or considered by the court.  Any attorney in

15

violation of these requirements will be subject to other sanctions

16

pursuant to Civil Local Rule 1-4.

17

RE ELECTRONIC CASE FILING:  In all cases that have been assigned

18

to the Electronic Case Filing System, the parties are required to

19

provide one paper copy of each document that is filed electroni-

20

cally for use in chambers.   The paper copy of each document shall

21

be delivered no later than noon on the day after the document is

22

filed electronically.  Delivery shall be made directly to Judge

23

Conti's chambers.

24

RE MOTIONS:  All pleadings relating to all motions should be

25

complete as to briefing and argument, as the court will decide the

26

issues therein without oral argument, unless otherwise ordered by

27

the Judge.  When this occurs, the court will notify the parties

28

that they need to appear.  (Civil Local Rule 7-6)