JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
Facsimile: (415) 436-6748
Email: neill.tseng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRETT FERRARA, | CASE NO. C CV 08 0094 SC |
| Plaintiff, | |
| v. | CERTIFICATION PURSUANT TO |
| MARION ROBERTSON; and DOES 1-100, | 28 U.S.C. § 2679(d) |
| Defendants. | |

I, Joann M. Swanson, hereby certify as follows:

1.  I am the Chief of the Civil Division of the United States Attorney's Office for the Northern District of California. Pursuant to written delegation from Joseph P. Russoniello, the duly appointed United States Attorney for the Northern District of California, I have been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named as a defendant in a civil action was acting within the course and scope of his or her employment with reference to the matters alleged in the suit.

2.  I have reviewed the complaint in the above-captioned action. On the basis of that complaint and certain other information provided to me, pursuant to the provisions of 28 U.S.C.

///

CERTIFICATION PURSUANT TO
28 U.S.C. § 2679(d) - Robertson              -1-

1  § 2679(d) and by virtue of the authority vested in me as set forth above, I hereby certify that
2  defendant Sgt. Marion Robertson was acting within the course and scope of his employment with the
3  U.S. Marine Corps.

Dated: January __, 2008

_____
JOANN M. SWANSON
Chief, Civil Division

CERTIFICATION PURSUANT TO
28 U.S.C. § 2679(d) - Robertson                -2-