JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
Facsimile:  (415) 436-6748
Email: neill.tseng@usdoj.gov

Attorneys for Federal Defendant
Sgt. Marion Robertson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRETT FERRARA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARION ROBERTSON; and<br>DOES 1-100,<br><br>          Defendants. | No. C 08-00094 SC<br><br>**PROOF OF SERVICE** |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on January 7, 2008 she caused a copy of:

> Notice Of Removal and Certification Pursuant to 28 U.S.C. § 2679(d) filed January 7, 2008;
>
> Order Setting Initial Case Management Conference and ADR Deadlines filed January 7, 2008; Standing Order For All Judges Of The Northern District of California/Contents of Joint Case Management Statement;
>
> Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
>
> Welcome To The U.S. District Court, San Francisco; and

PROOF OF SERVICE
Ferrara v. Robertson
C 08-00094 SC                                                1

1 | Proof of Service

2 to be served upon the person at the place and address stated below, which is the last known address:

**David C. Anderson, Esq.**
**Law Offices of David C. Anderson**
**450 Sansome Street, 3rd Floor**
**San Francisco, CA 94111**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of January 2008 at San Francisco, California.


_____/s/_____
ELSIE SATO
Paralegal Specialist


PROOF OF SERVICE
Ferrara v. Robertson
C 08-00094 SC                                    2