JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    Email: neill.tseng@usdoj.gov

Attorneys for Defendant MARION ROBERTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRETT FERRARA, ) | No. C 08-00094 SC |
|     Plaintiff, ) | ANSWER OF DEFENDANT MARION ROBERTSON |
| v. ) | |
| MARION ROBERTSON; and DOES 1-100, ) | |
|     Defendants. ) | |

Defendant MARION ROBERTSON answers the Complaint as follows:

1. The allegation contained in paragraph 1 does not require a response.

2. No allegation is contained in paragraph 2 and therefore no response is required.

3. In answer to paragraph 3, Defendant is without sufficient knowledge to respond.

4. No allegation is contained in paragraph 4 and therefore no response is required.

5. In answer to paragraph 5, Defendant admits that Marion Robertson is a natural person. With regard to any and all other allegations contained in paragraph 5, Defendant is without sufficient knowledge to respond.

6. In answer to paragraph 6, Defendant is without sufficient knowledge to respond.

ANSWER OF DEFENDANT MARION ROBERTSON
Case No. C 08-00094 SC

7. No allegation is contained in paragraph 7 and therefore no response is required.

8. In response to paragraph 8, Defendant has removed this action to the United States District Court for the Northern District of California and therefore no response is required.

9. No allegation is contained in paragraph 9 and therefore no response is required.

10. The allegation contained in paragraph 10 does not require a response.

11. In response to paragraph 11, Defendant is without sufficient knowledge to respond and on that basis denies all allegations contained therein.

12. No allegation is contained in paragraph 12 and therefore no response is required.

13. In response to paragraph 13, Defendant has removed this action to the United States District Court for the Northern District of California and therefore no response is required.

14. The allegation contained in paragraph 14 is a prayer for relief and does not require a response.

15. No allegation is contained in paragraph 15 and therefore no response is required.

## FIRST CAUSE OF ACTION - MOTOR VEHICLE

16. In response to paragraph MV-1, Defendant denies the allegations contained therein.

17. In response to paragraph MV-2a, Defendant admits that Marion Robertson operated a motor vehicle on October 17, 2006, at 712 Contra Costa Blvd, Pleasant Hill, California. With regard to any and all other allegations contained in paragraph MV-2a, Defendant is without sufficient knowledge to respond.

18. The allegation contained in paragraph MV-2b does not require a response.

19. In response to paragraph MV-2c, Defendant is without sufficient knowledge to respond.

20. The allegation contained in paragraph MV-2d does not require a response.

21. In response to paragraph MV-2e, Defendant answers that Marion Robertson was acting in the scope of employment of the United States Marine Corps. With regard to any and all other allegations contained in paragraph MV-2e, Defendant is without sufficient knowledge to respond.

22. No allegation is contained in paragraph MV-2f and therefore no response is required.

PLAINTIFF'S STATEMENT OF DAMAGES

23. To the extent that Plaintiff's Statement of Damages calls for legal conclusions, no response is required.  To the extent a response is required, the allegations are denied. Defendant lacks sufficient knowledge to respond to the dollar amounts of Plaintiff's alleged losses.

24. All allegations not specifically responded to above are denied.

AND FURTHER answering, Defendant avers:

**FIRST AFFIRMATIVE DEFENSE**

The court lacks jurisdiction over the subject matter of the complaint.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's complaint fails to state a claim upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff is not the real party in interest.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant exercised due care and diligence in all matters that are relevant to the subject matter of the plaintiff's complaint.  Any injury or loss to plaintiff was not proximately caused by any negligent or otherwise wrongful act or omission of Defendant.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's contributory negligence reduces or bars his recovery.

**SIXTH AFFIRMATIVE DEFENSE**

The negligence of third parties reduces or bars plaintiff's recovery.

**SEVENTH AFFIRMATIVE DEFENSE**

Third party conduct was a superceding, intervening cause of any damages claimed by plaintiff.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendant contests the reasonableness and validity of plaintiff's claim for damages.

**NINTH AFFIRMATIVE DEFENSE**

Any recovery or other award against Defendant herein must be reduced in accordance with the percentage of fault, if any, of Defendant.

### TENTH AFFIRMATIVE DEFENSE

Some or all of plaintiff's claims are barred by the applicable statutes of limitation.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust administrative remedies.

Defendant asserts that it has, or may have, additional affirmative defenses which are not known to Defendant at this time, but which may be ascertained through discovery. Defendant specifically preserves these and other affirmative defenses as they are ascertained through discovery.

WHEREFORE, Defendant prays that plaintiff take nothing by way of his complaint, that the same is dismissed, and that judgment be awarded in favor of Defendant, together with costs, and for such other and further relief as the Court deems appropriate in this case.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: January 23, 2008     By:     /s/ Neill T. Tseng
                                    NEILL T. TSENG
                                    Assistant United States Attorney