JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    Email: neill.tseng@usdoj.gov

Attorneys for Defendant MARION ROBERTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRETT FERRARA, | No. C 08-00094 SC |
|     Plaintiff, | PROOF OF SERVICE |
| v. | |
| MARION ROBERTSON; and DOES 1-100, | |
|     Defendants. | |

    The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **January 23, 2008** she caused a copy of **ANSWER TO COMPLAINT** filed **January 23**, 2008 to be served by U.S. mail upon the person at the place and address(es) stated below, which is the last known address:

**David C. Anderson, Esq.**
**Law Office of David C. Anderson**
**450 Sansome Street, 3rd Floor**
**San Francisco, CA 94111**

Proof of Service
Case No. C 08-00094 SC

1     I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct.
3 Dated: January 23, 2008                                 /s/
                                                         MANIK BOWIE
4                                                          Legal Assistant

Proof of Service
Case No. C 08-00094 SC