| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CBN 44332)<br>United States Attorney |
| 2 | |
| 3 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 4 | NEILL T. TSENG (CSBN 220348)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7155 |
| 7 | FAX: (415) 436-6927<br>Email: neill.tseng@usdoj.gov |
| 8 | |
| 9 | Attorneys for Defendant MARION ROBERTSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BRETT FERRARA, | ) | No. C 08-00094 SC |
| Plaintiff, | ) ) | **STIPULATION TO SUBSTITUTE THE UNITED STATES FOR MARION** |
| v. | ) ) | **ROBERTSON AS THE PARTY DEFENDANT** |
| MARION ROBERTSON; and DOES 1-100, | ) ) | |
| Defendants. | ) ) ) | **[PROPOSED ORDER]** |

Subject to the approval of the Court, the parties hereby stipulate that the United States shall be substituted for Marion Robertson as the party defendant.

The substitution is required because the Attorney General, through the Chief of the Civil Division of the United States Attorney's Office for the Northern District of California, has certified that defendant Marion Robertson was acting within the course and scope of his employment with respect to the matters alleged in the complaint. See Certification Pursuant to 28 U.S.C. § 2679(d) [Docket #3]. Pursuant to 28 U.S.C. § 2679(d)(2), the United States should be substituted for Marion Robertson as the party defendant.

STIPULATION TO SUBSTITUTE THE UNITED STATES FOR MARION ROBERTSON AS THE PARTY DEFENDANT
Case No. C 08-00094 SC

1  DATED: 2/4/08        By:  _____
2                            DAVID C. ANDERSON
                             Attorney for Plaintiff
3
4
                             JOSEPH P. RUSSONIELLO
5                            United States Attorney
6
7  DATED: 2/7/08        By:  _____
                             NEILL T. TSENG
8                            Assistant United States Attorney
9
10 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
11
12 DATED:
                             _____
                             HONORABLE SAMUEL CONTI
13                           UNITED STATES DISTRICT COURT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO SUBSTITUTE THE UNITED STATES FOR MARION ROBERTSON AS THE PARTY DEFENDANT
Case No. C 08-00094 SC