1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
7      FAX: (415) 436-6927
       Email: neill.tseng@usdoj.gov
8
   Attorneys for Defendant MARION ROBERTSON
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
   BRETT FERRARA,                     )   No. C 08-00094 SC
14                                    )
          Plaintiff,                  )   STIPULATION TO SUBSTITUTE THE
15                                    )   UNITED STATES FOR MARION
      v.                              )   ROBERTSON AS THE PARTY
16                                    )   DEFENDANT
   MARION ROBERTSON; and DOES 1-100, )
17                                    )   [PROPOSED ORDER]
          Defendants.                 )
18                                    )

19         Subject to the approval of the Court, the parties hereby stipulate that the United States

20  shall be substituted for Marion Robertson as the party defendant.

21         The substitution is required because the Attorney General, through the Chief of the Civil

22  Division of the United States Attorney's Office for the Northern District of California, has

23  certified that defendant Marion Robertson was acting within the course and scope of his

24  employment with respect to the matters alleged in the complaint. See Certification Pursuant to

25  28 U.S.C. § 2679(d) [Docket #3]. Pursuant to 28 U.S.C. § 2679(d)(2), the United States should

26  be substituted for Marion Robertson as the party defendant.

27

28
   STIPULATION TO SUBSTITUTE THE UNITED STATES FOR MARION ROBERTSON AS THE PARTY
   DEFENDANT
   Case No. C 08-00094 SC

```
1  DATED: 2/4/08          By: /s/ David C. Anderson
2                              DAVID C. ANDERSON
                               Attorney for Plaintiff
3
4
                               JOSEPH P. RUSSONIELLO
5                              United States Attorney
6
7  DATED: 2/7/08          By: /s/ Neill T. Tseng
                               NEILL T. TSENG
8                              Assistant United States Attorney
9
10 PURSUANT TO STIPULATION, IT IS SO ORDERED:
11
12 DATED:  2/8/08
                               _____
13                             HONORABLE SAMUEL CONTI
                               UNITED STATES DISTRICT COURT JUDGE
```

IT IS SO ORDERED
Judge Samuel Conti

STIPULATION TO SUBSTITUTE THE UNITED STATES FOR MARION ROBERTSON AS THE PARTY DEFENDANT
Case No. C 08-00094 SC