JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
FAX: (415) 436-6927
Email: neill.tseng@usdoj.gov

Attorneys for Defendant UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRETT FERRARA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. C 08-00094 SC <br><br> STIPULATION TO DISMISS COMPLAINT WITHOUT PREJUDICE AND [PROPOSED] ORDER |

Parties stipulate to the following, subject to the approval of the Court:

Plaintiff's complaint in this action is hereby dismissed without prejudice, so that Plaintiff may pursue administrative remedies under the Federal Tort Claims Act.

DATED: 2/28/08

_____
DAVID C. ANDERSON
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 3/3/08

_____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

Case No. C 08-00094 SC

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

2

3
   DATED:
4                                              _____
                                               HON. SAMUEL CONTI
5                                              Senior United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 08-00094 SC