```
 1  JOSEPH P. RUSSONIELLO (CBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  NEILL T. TSENG (CSBN 220348)
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102-3495
       Telephone: (415) 436-7155
 6     FAX: (415) 436-6927
       Email: neill.tseng@usdoj.gov
 7
    Attorneys for Defendant UNITED STATES OF AMERICA
 8
 9                  UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION
12
13  BRETT FERRARA,                 )   No. C 08-00094 SC
                                   )
14       Plaintiff,                )
                                   )   STIPULATION TO DISMISS
15     v.                          )   COMPLAINT WITHOUT PREJUDICE
                                   )   AND [PROPOSED] ORDER
16  UNITED STATES OF AMERICA,      )
                                   )
17       Defendant.                )
                                   )
18
```

Parties stipulate to the following, subject to the approval of the Court:

Plaintiff's complaint in this action is hereby dismissed without prejudice, so that Plaintiff may pursue administrative remedies under the Federal Tort Claims Act.

DATED: 2/28/08

DAVID C. ANDERSON
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 3/3/08

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

Case No. C 08-00094 SC

IT IS SO ORDERED
Judge Samuel Conti